NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CRACCHIOLA RENOVATIONS,  )
  )
        Appellant,  )
  )
v.  )
  )    Case No.  2D18-1747
  )
FRANK WINSTON CRUM INSURANCE  )
COMPANY,  )
  )
        Appellee.  )
_____)

Opinion filed November 8, 2019.

Appeal from the Circuit Court for Sarasota
County; Andrea McHugh, Judge.

Raymond A. Haas, Chioma H. Michel and
Stephen Janes of HD Law Partners,
Tampa, for Appellant.

Jennifer J, Kennedy of Abbey, Adams,
Byelick & Mueller, L.L.P., St. Petersburg,
for Appellee.

PER CURIAM.

       Affirmed.

VILLANTI, SLEET, and ATKINSON, JJ., Concur.